IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **RONALD VINCENT WILLIAMS,** | : | |
| **AIS #239426,** | : | |
|     **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION 16-00253-KD-C** |
| | : | |
| **WILLIE MAIBEN,** *et al.*, | : | |
|     **Defendants.** | : | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made,[1] the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated December 21, 2016, is **ADOPTED** as the opinion of this Court.  Accordingly, it is **ORDERED** that this action is **DISMISSED without prejudice**, prior to service of process, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii) because Plaintiff's allegations are either frivolous and fail to state a claim upon which relief may be granted.

**DONE** and **ORDERED** this the **17th** day of **January 2017.**

                                            /s/ Kristi K. DuBose
                                            **KRISTI K. DuBOSE**
                                            **UNITED STATES DISTRICT JUDGE**

---

[1] Including consideration of Doc. 12, Plaintiff's exhibits and statement.